IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH OMAR WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 22-354 |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Patricia L. Dodge |
| ORLANDO L. HARPER, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 9, 2022, the Magistrate Judge issued a Report (Doc. 7) recommending that Ralph Omar Williams' 2241-habeas Petition be dismissed, and that a certificate of appealability be denied. Service of the Report and Recommendation ("R&R") was made on Petitioner, and he has filed Objections. (Doc. 8.)

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Ralph Omar Williams' 2241-habeas Petition is **DISMISSED**; a certificate of appealability is denied; and the Magistrate Judge's R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


June 15, 2022               s/Cathy Bissoon
                            Cathy Bissoon
                            United States District Judge


cc (via First-Class U.S. Mail):

Ralph Omar Williams
109027
ALLEGHENY COUNTY JAIL
950 Second Avenue
Pittsburgh, PA 15219